UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

-FILED-
AUG 16 2023
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE NO. 2:23CR078 |
| | ) | |
| v. | ) | 18 U.S.C. § 922(a)(6) |
| | ) | 18 U.S.C. § 924(a)(1)(A) |
| RONISHA BYRD | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about July 17, 2020, in the Northern District of Indiana,

**RONISHA BYRD**,

defendant herein, in connection with the attempted acquisition of a firearm from Deb's Gun Range, who is licensed under the provisions of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious statement to Deb's Gun Range, which statement was intended and likely to deceive Deb's Gun Range, with respect to any fact material to the lawfulness of the sale of such firearm, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that

    1)    her current state of residence and address was 1412 East 138th

1

Street, East Chicago, Indiana, whereas in truth and in fact, she well knew that her current address was not 1412 East 138th St, East Chicago, Indiana; and

    2)    she was the actual transferee/buyer of the firearm listed on the form, whereas in truth and in fact, she well knew she was purchasing the firearm for another person, all in violation of Title 18, United States Code, Section 922(a)(6).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

On or about July 17, 2020, in the Northern District of Indiana,

**RONISHA BYRD**,

defendant herein, knowingly made a false statement and representation to Deb's Gun Range, who is licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Deb's Gun Range, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that

    1)    her current state of residence and address was 1412 East 138th St, East Chicago, Indiana, whereas in truth and in fact, she well knew that her current address was not 1412 East 138th St, East Chicago, Indiana; and

    2)    she was the actual transferee/buyer of the firearm listed on the form, whereas in truth and in fact, she well knew she was purchasing the

firearm for another person, all in violation of Title 18, United States Code, Section 924(a)(1)(A).

                                                A TRUE BILL:

                                                s/Foreperson
                                                FOREPERSON

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:   s/Eamonn P. Sheehan
       Eamonn P. Sheehan
       Assistant United States Attorney