**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

**UNITED STATES OF AMERICA**

                              Plaintiff,

v.                                              **CASE NUMBER:**    2:23CR00078 JD

**RONISHA BYRD**

                              Defendant.

_____/

## DEFENDANT'S SENTENCING MEMORANDUM

The Defendant, Ronisha Byrd, submits the following for the Court's consideration at the sentencing herein:

## I. The Sentencing Guidelines

The United States Probation Office has recommended, based on a total offense level of 10, and Criminal History Category I, that Ms. Byrd's guideline sentencing range is 6 to 12 months. Neither party has objected to that calculation.

## II. Proposed Conditions of Supervision

The undersigned has reviewed the proposed conditions of supervision with Ms. Byrd. The Defendant has no objections to the proposed conditions of supervision.

## III. Sentencing Factors under 18 U.S.C. § 3553(a) for the Court's Consideration

### A.        Family History

Ronisha Byrd, is thirty-eight (38) years old. She was born in Chicago, Illinois. After her parents separated, she was raised primarily by her mother, Denise Fields. Her father, Ronald Byrd, was active in her upbring, even though he was often away from home working as an over-the-road truck driver.

Ms. Byrd had a difficult childhood. She grew up in the projects of Chicago and Elgin with her maternal siblings. Ms. Byrd recalled that it was not uncommon for violence and drug activity to occur near their apartment. She also was exposed to physical abuse inside the home, as her mother's boyfriend frequently battered her mother. Ms. Byrd was often left unsupervised growing up, which led her to associate with individuals that were not positive influences. The family struggled financially, but Ms. Fields did her best to provide for her family.

Ms. Byrd is single and has four (4) children ranging in age from nineteen (19) to five (5) from two previous relationships. She is also pregnant with her fifth child. Both of her previous relationships were marred by acts of domestic violence against her.

Ms. Byrd currently resides with her father and children in rural Illinois. She is the sole support and caregiver for her children.

She has a close relationship with her father and children, and they remain supportive of her (Exhibit A).

### B.    Offense Conduct

Ms. Byrd has demonstrated clear and unequivocal acceptance of responsibility for her conduct related to this offense.

### C.    Education and Employment

Ms. Byrd attended St. Charles East High School and Gifford Street High School. She did not graduate and has not earned her GED. However, Ms. Byrd is currently enrolled in a high school diploma program.

Ms. Byrd has a good history of lawful employment. She began working at fourteen and has held a job ever since.

Ms. Byrd is currently an assistant manager for Circle K in Bradley, Illinois. She has

previously worked in the fast food industry and hotel industry in housekeeping.

### D. Physical and Mental Health

Ms. Byrd is in good physical health and as noted above is pregnant with her fifth child. Ms. Byrd has no history of mental health issues or treatment.

### E. Substance Abuse History

Ms. Byrd has a history of substance abuse. She began using marijuana at fifteen (15) and alcohol at twenty (20). Ms. Byrd continued to use marijuana daily until her arrest.

### F. Current Release and Plan for the Future

Ms. Byrd has been on pretrial supervision with electronic monitoring since her arrest on September 20, 2023. She has had no issues while on pretrial release.

Ms. Byrd's primary focus remains to be on her children. She hopes to be able to continue to work so that she can continue to provide them with financial and emotional support. Ms. Byrd remains thankful for the support of her family.

### IV. Defendant's Recommended Sentence

Under the circumstances, a sentence of time served followed by 1 year of supervised release with the first 6 months being served on home detention with electronic monitoring is a reasonable and appropriate sentence under the factors enumerated in 18 U.S.C. § 3553.

*Dated:*    March 6, 2024

Northern District of Indiana
Federal Community Defenders, Inc.

By:    /s/ Peter L. Boyles
Peter L. Boyles, Staff Attorney
2929 Carlson Drive, Suite 100
Hammond, IN 46320
Phone: (219) 937-8020
Email: peter_boyles@fd.org

3

## **CERTIFICATE OF SERVICE**

I hereby certify that, on <u>March 6, 2024</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notifications of such filing to all parties of record.

<u>  s/ Peter L. Boyles</u>